UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| OSCAR MADRID, ETC. | CIVIL ACTION |
| VERSUS | NO. 07-3942 |
| CARLOS RODRIGUEZ, ETC., ET AL | SECTION "C"  (5) |

ORDER

IT IS ORDERED that the motion for reconsideration filed by James L. Arruebarrena is DENIED.  (Rec. Doc. 41).   The Court is sympathetic to counsel's medical condition and wishes him a speedy recovery.   For this defendant to proceed without counsel would severely impede any progress in this collective action litigation. In addition, the Court's review of counsel's pending cases in this court reveals that counsel has not moved to withdraw in any other case because of his medical condition. Whatever arrangements have been made in the other cases can be made in this case.  If necessary, the Court will consider a stay of proceedings for a definite period of time less than six months in order to afford counsel the additional time to find substitute counsel or recover.

New Orleans, Louisiana, this 22nd day of February, 2008.

_____
HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE